## William Roesler et al., Appellants, v. Dave Cooper et al., Appellees.

### Gen. No. 45,150.

Heard in the first division, first district, this court at the June term, 1950. S. G. Lippman, for appellants; Daniel D. Carmell and I. Harvey Levinson, for appellees. Opinion by Presiding Justice Niemeyer. **Not to be published in full.** Opinion filed December 4, 1950; rehearing denied December 18, 1950; released for publication December 19, 1950.